UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

n re:                                                     Chapter 11

139-58TH ST LLC,                                          Case No. 21-42840-jmm

                    Debtor.

---------------------------------------------------------x

## ORDER DISMISSING CASE

Upon the motion of William K. Harrington, United States Trustee for Region 2, filed on March 11, 2022 to convert or dismiss this case **[ECF No. 22] (JMM)**, pursuant to 11 U.S.C. § 1112(b); and upon the hearing held before this Court on April 6, 2022 (the "April 6, 2022 Hearing"); and based upon the record at the April 6, 2022 Hearing; and it appearing that appropriate notice has been given, and cause existing for the relief requested, it is

ORDERED, that the case of 139-58th St LLC, commenced under chapter 11 of the Bankruptcy Code, be and hereby is dismissed pursuant to 11 U.S.C. § 1112(b); and it is further

ORDERED, that the Debtor pay to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. § 1930, within ten (10) days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements, if any, for the relevant period.



Dated: Brooklyn, New York
April 14, 2022

_____
Jil Mazer-Marino
United States Bankruptcy Judge