# Notice Recipients

District/Off: 0207−1      User: admin      Date Created: 4/14/2022
Case: 1−21−42840−jmm      Form ID: 227      Total: 26

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
10023170    139−58th St, LLC
10023171    Attune
                                                                      TOTAL: 2

**Recipients of Notice of Electronic Filing:**
aty        Charles Wertman        charles@cwertmanlaw.com
                                                                      TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          139−58th St LLC       139 58th Street       Brooklyn, NY 11220
smg         United States of America      Secretary of the Treasury      15th Street & Pennsylvania Ave. NW      Washington, DC 20220
smg         NYS Unemployment Insurance      Attn: Insolvency Unit      Bldg. #12, Room 256      Albany, NY 12240
smg         NYS Department of Taxation & Finance      Bankruptcy Unit      PO Box 5300      Albany, NY 12205
smg         Internal Revenue Service      PO Box 7346      Philadelphia, PA 19101−7346
smg         NYC Department of Finance      345 Adams Street      Office of Legal Affairs      Brooklyn, NY 11201−3719
smg         Office of the United States Trustee      Eastern District of NY (Brooklyn Office)      U.S. Federal Office Building      201 Varick Street, Suite 1006      New York, NY 10014
10023173    Department of Environmental Protection      59−17 Junction Boulevard,      Customer Service Center 13th Floor      Flushing, NY 11373
10023174    FLUSHING BANK c/o JASPAN SCHLESINGER LLP      300 Garden City Plaza      Garden City, NY 11530
10023175    FLUSHING BANK c/o JASPAN SCHLESINGER LLP      300 Garden City Plaza      Garden City, NY 11530
10023176    Internal Revenue Service      P.O. Box 7346      Philadelphia, PA 19101
10023177    John Demattia c/o Jonathan D'Agostino & Assoc      3309 Richmond Avenue      Staten Island, NY 10312
10023178    LCP NPL XI, 2019 LLC      152 W 57th Street      23rd Fl      New York, NY 10019
10058935    LCP NPL XI, 2019 LLC      c/o Kriss & Feuerstein LLP      360 Lexington Avenue, Suite 1200      New York, NY 10017
10024977    LCP NPL XI, 2019 LLC      c/o Kriss & Feuerstein, LLP      360 Lexington Avenue, Suite 1200      New York, NY 10017
10023179    NEW YORK STATE DEPT OF TAXATION AND FINANCE      PO BOX 530      BANKRUPTCY SECTION      Albany, NY 12205
10062218    NYC Department of Finance      375 Pearl Street, 30th Floor      New York, New York 10038
10023180    NYC Department of Finance      One Centre Street, 22nd Floor      Correspondence Unit      New York, NY 10007
10044678    NYC Water Board      Andrew Rettig      Assistant Counsel      59−17 Junction Blvd, 13th Fl      Elmhurst, NY 11373−5108
10023181    Shawn Bass Sr. c/o Rawlins Law, PLLC      777 Westchester Avenue, Suite #101      White Plains, NY 10604
10023182    Shawn Bass Sr. c/o Rawlins Law, PLLC      777 Westchester Avenue, Suite #101      White Plains, NY 10604
10030454    Vivek Suri, Esq.      267 Fifth Avenue, Suite 1000      New York, NY 10016      T: 212.537.6936      E: lawyer@surilawoffice.com
10023172    c/o KRISS & FEUERSTEIN LLP      360 Lexington Avenue, Suite 1200      New York, NY 10017
                                                                      TOTAL: 23